## SUDDRETH v. CITY OF CHARLOTTE

No. 497P99

Case below: 135 N.C.App. 231

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

## TEW v. BROWN

No. 583PA99

Case below: 136 N.C.App. 763

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 February 2000.

## TOLER v. BLACK AND DECKER

No. 473P99

Case below: 134 N.C.App. 695

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 21 February 2000.

## VON PETTIS REALTY, INC. v. McKOY

No. 518P99

Case below: 135 N.C.App. 206

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

## WHALEY v. GEORGIA PACIFIC

No. 491P99

Case below: 134 N.C.App. 501

Motion by defendant to hold petition for discretionary review in abeyance allowed 2 December 1999. Motion by defendant to withdraw petition for discretionary review allowed 2 March 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 2 March 2000.